IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEROME SHOWERS,

    Petitioner,

v.　　　　　　　　　　　　　　　　　Case No. 4:14cv567-MW/GRJ

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,

    Respondent.
_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 17, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 22. Accordingly,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The petition for writ of habeas corpus, ECF No. 1, is **DENIED**. A certificate of appealabilty is **DENIED**." The Clerk shall close the file.

**SO ORDERED on October 16, 2017.**

                                              s/Mark E. Walker          
                                              **United States District Judge**